An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VINCENT MARK SANTANA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66122

**FILED**

AUG 2 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

It appears that a post-conviction petition for a writ of habeas corpus was filed in the district court on March 30, 2009. Appellant filed a notice of appeal on July 18, 2014. However, no decision, oral or written, had been made on the petition when appellant filed his appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

---

[1]We have considered the proper person documents submitted in this matter, and we conclude that no relief is warranted in light of the disposition of this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27514

cc: Hon. Michelle Leavitt, District Judge
Vincent Mark Santana
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk